MALCOLM R. MATHESON, as Substituted Trustee of the Estate of RICHARD J. STAINTON, Deceased, Respondent, *v.* OTTILIE MENTE et al., Defendants, and TITLE INSURANCE COMPANY OF NEW YORK et al., Appellants.

(Submitted June 5, 1916; decided June 13, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 218 N. Y. 671.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BURTON W. GIBSON, Appellant.

(Submitted June 5, 1916; decided June 13, 1916.)

Motion for re-argument denied.   (See 218 N. Y. 70.)

---

GEORGE W. SAUL, Respondent, *v.* MILLS W. BARSE, Appellant.

(Submitted June 5, 1916; decided June 13, 1916.)

Motion for re-argument denied, with ten dollars costs.   Motion to amend remittitur granted and remittitur amended by adding thereto: " The appellant argued in this court that the action should have been dismissed for want of jurisdiction as brought in derogation of the exclusive jurisdiction of the Federal court in the receivership action of *Morehead* v. *Strycker* to liquidate the syndicate affairs."   (See 218 N. Y. 634.)